IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES KLEINBROOK,

    Plaintiff,

v.                                                         No. 24cv894 MLG/SCY

RIO RANCHO POLICE DEPARTMENT,
FNU LNU, Chief of Rio Rancho Police Department,
UNIVERSITY OF NEW MEXICO MEDICAL HOSPITAL and
FNU LNU, Chief Executive Officer of UNM Medical Hospital,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. On December 23, 2024, the Court ordered:

> **IT IS ORDERED** that Plaintiff shall, within 30 days of entry of this Order, provide the service address of the following Defendants: (i) University of New Mexico Health System; and (ii) City of Rio Rancho. Failure to timely provide the addresses may result in dismissal of this case.

Doc. 14 at 2. Thirty days from entry of that order fell on January 22, 2025. On January 22, Plaintiff attempted to send the addresses via email to the CM/ECF help desk. On February 3, the Court advised Plaintiff, for the third time, that the Court does not accept filings by email. Doc. 15. The Court also advised that Plaintiff is required to sign up for a CM/ECF filing account in order to make electronic filings in this case. *Id.* Plaintiff has not filed anything in this case since the February 3 order. In particular, Plaintiff has not complied with the order to file addresses for service for the two defendants named above.

Therefore, within 21 days from the date of this Order, Plaintiff is ordered to show cause in writing, by filing with the Court using any of the methods outlined in the Court's previous orders (*e.g.*, Doc. 8 at 2), why he failed to comply with the Court order to file addresses for

service. Failure to do so may result in dismissal of Plaintiff's case for lack of prosecution and failure to comply with Court orders.

    **SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**
