IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES KLEINBROOK,

       Plaintiff,

v.     No. 24-cv-894 MLG/SCY

UNIVERSITY OF NEW MEXICO HEALTH
SYSTEM, UNIVERSITY OF NEW MEXICO
FOUNDATION, INC., KATE BECKER,
ADAM CROSBY, RIO RANCHO POLICE
DEPARTMENT, CITY OF RIO RANCHO and
GREG HULL,

       Defendants.

## ORDER WITHDRAWING PFRD AND ORDERING SERVICE

This matter comes before the Court on the Proposed Findings and Recommendation ("PFRD"), Doc. 17, and Plaintiff's Notice of Addresses for Service, Doc. 18. The PFRD recommended dismissal of this case based on Plaintiff's failure to file addresses to serve Defendants in this case. Plaintiff has now filed the addresses. Accordingly, the Court withdraws the PFRD and orders service.

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Court orders the Clerk of the Court to notify the individual Defendants, at the addresses provided by Plaintiff in his Notice, that an action has been commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d).

The Clerk of the Court shall notify the Defendants that an action has been commenced and request that the Defendants waive service pursuant to Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, a copy of Plaintiff's Amended Complaint, Doc. 10, the Court's order of partial dismissal, Doc. 13, and a copy of this Order for Service. The Clerk shall mail these documents to the Defendants at the following addresses:

City of Rio Rancho NM
C/o Josh Rubin - City Attorney
Alexandra Lopez -City Attorney
Matt Geisel - City Manager
3200 Civic Center Circle NE
Rio Rancho, NM 87144

UNM Health
C/o Michael Richards MD MPA- CEO
2211 Lomas Blvd NE
Albuquerque, NM 87106

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE