IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES KLEINBROOK,

    Plaintiff,

v.                                                                                                                No. 24cv894 MLG/SCY

RIO RANCHO POLICE DEPARTMENT,
FNU LNU, Chief of Rio Rancho Police Department,
UNIVERSITY OF NEW MEXICO MEDICAL HOSPITAL and
FNU LNU, Chief Executive Officer of UNM Medical Hospital,

    Defendants.

## ORDER REGARDING STAY AND SERVICE

    Plaintiff filed a motion indicating he is undergoing in-patient rehabilitation care and requests a continuance of 120 days in this case. Doc. 21. The Court will grant this request. The Court stays this case through August 26, 2025, to include a stay of the Defendants' obligation to file an answer.

    However, the Court has already ordered waiver of service forms to be mailed to Defendants. Doc. 19. For efficiency, the Court will continue to follow up on that order during the period of the stay to ensure that Defendants have been served.

    **SO ORDERED**.

                                                           **UNITED STATES MAGISTRATE JUDGE**