IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES KLEINBROOK,

    Plaintiff,

v.                                                                        No. 24-cv-894 MLG/SCY

UNIVERSITY OF NEW MEXICO HEALTH
SYSTEM, UNIVERSITY OF NEW MEXICO
FOUNDATION, INC., KATE BECKER,
ADAM CROSBY, RIO RANCHO POLICE
DEPARTMENT, CITY OF RIO RANCHO and
GREG HULL,

    Defendants.

## ORDER DENYING PLAINTIFF'S
## MOTION TO SEAL

On September 5, 2025, Plaintiff filed a response to an Order to Show cause on the docket under seal, with access restricted to case participants only. Doc. 38. The Court notified Plaintiff that CM ECF users may not file documents under seal without obtaining prior Court permission. Doc. 39. In response, Plaintiff filed a Motion to Seal, requesting that "due to the personal nature of medical documents which will likely be produced through the discovery process, that all future documents be allowed submission under seal." Doc. 40. Defendants oppose the motion, pointing out that not all documents filed in this case will contain sensitive information, and arguing that if they do, such documents can be redacted. Doc. 43.

The Court denies the motion. The motion does not address Plaintiff's response to the Order to Show Cause, which does not contain any medical information. Therefore, the Court orders the Clerk's Office to unseal Doc. 38. The Court also denies Plaintiff's request to seal every document in this case going forward. As Defendants point out, most filings will not contain sensitive information. A blanket order permitting every document to be filed under seal

is therefore unnecessary and contrary to the presumption that lawsuits, including filings, are public events.

If Plaintiff believes a document contains sensitive information and that sealing the document is justified, Plaintiff must file a motion to seal *before* filing that document on the docket. With recent updates to the Court's sealing procedures,[1] Plaintiff is advised that filing documents under seal is burdensome to Court resources. Plaintiff is hereby warned that if he files another document on the docket under seal without prior Court permission, the Court will revoke Plaintiff's electronic filing privileges.

**IT IS THEREFORE ORDERED** that the Court DENIES Plaintiff's Motion to Seal. Doc. 39.

**IT IS FURTHER ORDERED** that the Clerk's Office shall unseal Plaintiff's response to the Order to Show Case. Doc. 38.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* https://www.nmd.uscourts.gov/content/re-procedures-storage-and-management-sealed-documents-25-mc-04-25.